**EXHIBIT B**

**UNITED STATES PATENT NO. 7,941,553**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US7941553 | The New York Times ("The Accused Product") |
|---|---|
| 1. A method for streaming a media file over a distributed information system to a client computer running a browser application, the method comprising the steps of: | The accused product discloses a method for streaming a media file (e.g., a video file in the accused product) over a distributed information system to a client computer (e.g., user equipment such as laptop, smartphone etc.) running a browser application (e.g., web browser such as chrome, Bing etc.). |

Oct. 9, 2021

## A Language Bill Deepens a Culture Clash in Quebec

The government calls the new measure necessary for the survival of French, while critics say it stigmatizes bilingualism and is bad for business.

By DAN BILEFSKY



Oct. 8, 2021

**TIMES | VIDEO**

## U.S. and Mexico Begin Talks on New Security Agreement

Secretary of State Antony J. Blinken said the overhauled agreement would open a new chapter in which the countries would work as equal partners to confront criminal activity and the flow of illegal drugs.

By THE ASSOCIATED PRESS



https://www.nytimes.com/international/section/world/americas

| # | Result | Protocol | Host | URL | Body | Caching | Content-Type | Process |
|---|---|---|---|---|---|---|---|---|
| 1 | 200 | HTTPS | www.fiddler2.com | /UpdateCheck.aspx?isBet... | 823 | private | text/plain; ... | |
| 2 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 3 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 4 | 200 | HTTP | Tunnel to | eb2.3lift.com:443 | 0 | | | chrome.. |
| 5 | 200 | HTTP | Tunnel to | u.openx.net:443 | 744 | | | chrome.. |
| 6 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 7 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 1,466 | public, ... | application/... | chrome.. |
| 8 | 302 | HTTPS | u.openx.net | /w/1.0/pd | 5 | | image/gif | chrome.. |
| 9 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 583 | public, ... | application/... | chrome.. |
| 10 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 11 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 523 | public, ... | application/... | chrome.. |
| 12 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 0 | | | chrome.. |
| 13 | 200 | HTTP | Tunnel to | sync.1rx.io:443 | 0 | | | chrome.. |

Source: Fiddler

**Request Headers** [Raw] [Header Definitions]

GET /video/hls/2021/10/08/96503_1_08vid-us-mexico-security_wg/index.f1-v1-a1.m3u8 HTTP/1.1

**Client**
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.71 Safari/537.36

**Miscellaneous**
Referer: https://www.nytimes.com/

**Security**
Origin: https://www.nytimes.com
sec-ch-ua: "Chromium";v="94", "Google Chrome";v="94", ";Not A Brand";v="99"
sec-ch-ua-mobile: ?0

Source: Fiddler

| receiving a request for a | The accused product discloses receiving a request for a particular media file (e.g., a video file in the accused product) from a client computer (e.g., user equipment). |
|---|---|

| | |
|---|---|
| particular media file from a client computer, | <br>https://www.nytimes.com/video/world/americas/100000008016730/us-mexico-security-negotiations-migration.html |
| providing a metafile, wherein said metafile contains information about the identification, location and | The accused product discloses providing a metafile (e.g., m3u8 file related to the media file), wherein said metafile (e.g., m3u8 file related to the media file) contains information about the identification (e.g., EXT-X-MEDIA-SEQUENCE:1, segment-1-f1-v1-a1.ts etc.), location (e.g., cache-mdw17328-MDW, cache-del21738-DEL) and format (e.g., mp4). |

| format of the media file, | # | Result | Protocol | Host | URL | Body | Caching | Content-Type | Process |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 200 | HTTPS | www.fiddler2.com | /UpdateCheck.aspx?isBet... | 823 | private | text/plain; ... | |
| | 2 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| | 3 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| | 4 | 200 | HTTP | Tunnel to | eb2.3lift.com:443 | 0 | | | chrome.. |
| | 5 | 200 | HTTP | Tunnel to | u.openx.net:443 | 744 | | | chrome.. |
| | 6 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| | 7 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 1,466 | public, ... | application/... | chrome.. |
| | 8 | 302 | HTTPS | u.openx.net | /w/1.0/pd | 5 | | image/gif | chrome.. |
| | 9 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 583 | public, ... | application/... | chrome.. |
| | 10 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| | 11 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96... | 523 | public, ... | application/... | chrome.. |
| | 12 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 0 | | | chrome.. |
| | 13 | 200 | HTTP | Tunnel to | sync.1rx.io:443 | 0 | | | chrome.. |

Source: Fiddler

```
#EXTM3U
#EXT-X-TARGETDURATION:9
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:3.000,
segment-1-f1-v1-a1.ts
#EXTINF:9.000,
segment-2-f1-v1-a1.ts
#EXTINF:9.000,
segment-3-f1-v1-a1.ts
#EXTINF:9.000,
segment-4-f1-v1-a1.ts
#EXTINF:9.000,
segment-5-f1-v1-a1.ts
#EXTINF:9.000,
segment-6-f1-v1-a1.ts
#EXTINF:9.000,
segment-7-f1-v1-a1.ts
#EXTINF:9.000,
segment-8-f1-v1-a1.ts
#EXTINF:9.000,
segment-9-f1-v1-a1.ts
#EXTINF:9.000,
segment-10-f1-v1-a1.ts
#EXTINF:9.000,
segment-11-f1-v1-a1.ts
#EXTINF:0.845,
segment-12-f1-v1-a1.ts
#EXT-X-ENDLIST
```

Source: Fiddler



Source: Fiddler

Source: Fiddler

| | |
|---|---|
| | <br>Source: Fiddler |
| returning said metafile back to said client computer, | The accused product discloses returning said metafile (e.g., m3u8 file related to the media file) back to said client computer (e.g., user equipment). |

| # | Result | Protocol | Host | URL | Body | Caching | Content-Type | Process |
|---|---|---|---|---|---|---|---|---|
| 1 | 200 | HTTPS | www.fiddler2.com | /UpdateCheck.aspx?isBet… | 823 | private | text/plain; … | |
| 2 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 3 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 4 | 200 | HTTP | Tunnel to | eb2.3lift.com:443 | 0 | | | chrome.. |
| 5 | 200 | HTTP | Tunnel to | u.openx.net:443 | 744 | | | chrome.. |
| 6 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 7 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 1,466 | public, … | application/… | chrome.. |
| 8 | 302 | HTTPS | u.openx.net | /w/1.0/pd | 5 | | image/gif | chrome.. |
| 9 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 583 | public, … | application/… | chrome.. |
| 10 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 11 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 523 | public, … | application/… | chrome.. |
| 12 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 0 | | | chrome.. |
| 13 | 200 | HTTP | Tunnel to | sync.1rx.io:443 | 0 | | | chrome.. |

Source: Fiddler

```
#EXTM3U
#EXT-X-TARGETDURATION:9
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:3.000,
segment-1-f1-v1-a1.ts
#EXTINF:9.000,
segment-2-f1-v1-a1.ts
#EXTINF:9.000,
segment-3-f1-v1-a1.ts
#EXTINF:9.000,
segment-4-f1-v1-a1.ts
#EXTINF:9.000,
segment-5-f1-v1-a1.ts
#EXTINF:9.000,
segment-6-f1-v1-a1.ts
#EXTINF:9.000,
segment-7-f1-v1-a1.ts
#EXTINF:9.000,
segment-8-f1-v1-a1.ts
#EXTINF:9.000,
segment-9-f1-v1-a1.ts
#EXTINF:9.000,
segment-10-f1-v1-a1.ts
#EXTINF:9.000,
segment-11-f1-v1-a1.ts
#EXTINF:0.845,
segment-12-f1-v1-a1.ts
#EXT-X-ENDLIST
```

Source: Fiddler

```
Request Headers                                                              [Raw] [Header Definitions]
GET /video/hls/2021/10/08/96503_1_08vid-us-mexico-security_wg/index.f1-v1-a1.m3u8 HTTP/1.1
Client
    Accept: */*
    Accept-Encoding: gzip, deflate, br
    Accept-Language: en-US,en;q=0.9
    User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.71 Safari/537.36
Miscellaneous
    Referer: https://www.nytimes.com/
Security
    Origin: https://www.nytimes.com
    sec-ch-ua: "Chromium";v="94", "Google Chrome";v="94", ";Not A Brand";v="99"
    sec-ch-ua-mobile: ?0
```

Source: Fiddler

```
HTTP/1.1 200 OK
Connection: keep-alive
Content-Length: 583
Server: nginx
Content-Type: application/vnd.apple.mpegurl
Access-Control-Allow-Headers: *
Cache-Control: public, max-age=2, s-maxage=31536000
Via: 1.1 google, 1.1 varnish, 1.1 varnish
Accept-Ranges: bytes
Date: Tue, 12 Oct 2021 06:54:28 GMT
Age: 274691
X-Served-By: cache-mdw17328-MDW, cache-del21738-DEL
X-Cache: HIT, HIT
X-Cache-Hits: 1, 1
X-Timer: S1634021668.354913,VS0,VE1
Access-Control-Allow-Methods: GET, HEAD, OPTIONS
Access-Control-Allow-Origin: *
```

Source: Fiddler

| | |
|---|---|
| | ```
GET https://vp.nyt.com/video/hls/2021/10/08/96503_1_08vid-us-mexico-security_wg/index-f1-v1-a1.m3u8 HTTP/1.1
Host: vp.nyt.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="94", "Google Chrome";v="94", ";Not A Brand";v="99"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.71 Safari
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.nytimes.com
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.nytimes.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
```<br>Source: Fiddler |
| characterized in that<br>the step of receiving a request for a particular media file from a client computer comprises the steps of: intercepting a download request for the actual media file and | The accused product discloses the step of receiving a request for a particular media file (e.g., request for playing/downloading a particular video) from a client computer (e.g., user device) comprises the steps of: intercepting a download request (e.g., request for playing/downloading a video file) for the actual media file (e.g., particular video file).<br><br>Oct. 8, 2021<br>**TIMES \| VIDEO**<br>**U.S. and Mexico Begin Talks on New Security Agreement**<br>Secretary of State Antony J. Blinken said the overhauled agreement would open a new chapter in which the countries would work as equal partners to confront criminal activity and the flow of illegal drugs.<br>By THE ASSOCIATED PRESS<br><br>https://www.nytimes.com/international/section/world/americas |

| | |
|---|---|
| | <br>Source: Fiddler |
| reinterpreting said download request into a request for receiving a corresponding metafile. | The accused product discloses reinterpreting said download request into a request for receiving a corresponding metafile (e.g., when a user starts downloading a media file, a metafile, i.e., e.g., m3u8 file related to the media file, is processed before the downloading of actual media file is initiated). |

| # | Result | Protocol | Host | URL | Body | Caching | Content-Type | Process |
|---|---|---|---|---|---|---|---|---|
| 1 | 200 | HTTPS | www.fiddler2.com | /UpdateCheck.aspx?isBet… | 823 | private | text/plain; … | |
| 2 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 3 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 4 | 200 | HTTP | Tunnel to | eb2.3lift.com:443 | 0 | | | chrome.. |
| 5 | 200 | HTTP | Tunnel to | u.openx.net:443 | 744 | | | chrome.. |
| 6 | 200 | HTTP | Tunnel to | a.et.nytimes.com:443 | 0 | | | chrome.. |
| 7 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 1,466 | public, … | application/… | chrome.. |
| 8 | 302 | HTTPS | u.openx.net | /w/1.0/pd | 5 | | image/gif | chrome.. |
| 9 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 583 | public, … | application/… | chrome.. |
| 10 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 1,205 | | | chrome.. |
| 11 | 200 | HTTPS | vp.nyt.com | /video/hls/2021/10/08/96… | 523 | public, … | application/… | chrome.. |
| 12 | 200 | HTTP | Tunnel to | vp.nyt.com:443 | 0 | | | chrome.. |
| 13 | 200 | HTTP | Tunnel to | sync.1rx.io:443 | 0 | | | chrome.. |

Source: Fiddler

```
#EXTM3U
#EXT-X-TARGETDURATION:9
#EXT-X-ALLOW-CACHE:YES
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-VERSION:3
#EXT-X-MEDIA-SEQUENCE:1
#EXTINF:3.000,
segment-1-f1-v1-a1.ts
#EXTINF:9.000,
segment-2-f1-v1-a1.ts
#EXTINF:9.000,
segment-3-f1-v1-a1.ts
#EXTINF:9.000,
segment-4-f1-v1-a1.ts
#EXTINF:9.000,
segment-5-f1-v1-a1.ts
#EXTINF:9.000,
segment-6-f1-v1-a1.ts
#EXTINF:9.000,
segment-7-f1-v1-a1.ts
#EXTINF:9.000,
segment-8-f1-v1-a1.ts
#EXTINF:9.000,
segment-9-f1-v1-a1.ts
#EXTINF:9.000,
segment-10-f1-v1-a1.ts
#EXTINF:9.000,
segment-11-f1-v1-a1.ts
#EXTINF:0.845,
segment-12-f1-v1-a1.ts
#EXT-X-ENDLIST
```

Source: Fiddler



Source: Fiddler

Source: Fiddler

```
GET https://vp.nyt.com/video/hls/2021/10/08/96503_1_08vid-us-mexico-security_wg/index-f1-v1-a1.m3u8 HTTP/1.1
Host: vp.nyt.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="94", "Google Chrome";v="94", ";Not A Brand";v="99"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.71 Safari
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.nytimes.com
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.nytimes.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
```

Source: Fiddler